UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    Victor Francisco Arzu Norales,

                            Plaintiff,

                    -against-                          25-cv-1152 (VSB)

    PAMELA BONDI, *et al.*,                 **ORDER**

                           Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On February 9, 2025, Plaintiff filed a complaint to initiate this action. (Doc. 1.) Due to a filing error, Plaintiff filed another complaint on February 13, 2025. (Doc. 2.) On March 30, 2025, Plaintiff requested issuances of summons. (Docs. 4–9.) The next day, electronic summonses were issued. (Docs. 10–14.) To date, Plaintiff has not filed an affidavit of service or taken any other action to prosecute this case. Accordingly, it is hereby:

       ORDERED that, no later than June 6, 2025, Plaintiff shall submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). "Good cause is generally found only in exceptional circumstances where the plaintiff's failure to serve process in a timely manner was the result of circumstances beyond its control." *E. Refractories Co. v. Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks omitted). "District courts consider the diligence of plaintiff's efforts to effect proper service and any prejudice suffered by the defendant as a consequence of the delay." *Id.* (internal quotation marks omitted). "An attorney's inadvertence, neglect, mistake or misplaced reliance does not constitute good cause." *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F. Supp. 654, 658

(S.D.N.Y. 1997) (citing *McGregor v. United States*, 933 F.2d 156, 160 (2d Cir.1991), *aff'd*, 173 F.3d 844 (2d Cir. 1999)).  Plaintiff is warned that failure to submit a letter and to demonstrate good cause for failure to serve Defendants within ninety days after the complaint was filed will result in dismissal of this action.

SO ORDERED.

Dated:   May 22, 2025
        New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge

2